dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WEISSMAN, an Infant, by His Guardian ad Litem, SAMUEL M. WEISSMAN, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WEISSMAN, an Infant, by His Guardian ad Litem, SAMUEL M. WEISSMAN, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES H. WILSON and Others, as Receivers, etc., Respondents, v. W. J. HOGGSON CORPORATION and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERICK W. HAGER, Respondent, v. DAVID GRIMES RADIO AND CAMEO RECORD CORPORATION and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAY NEWKAMP, Respondent, v. HERBERT NEWKAMP, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HORACE G. KNOWLES, Respondent, v. EMANUEL BOLLOTEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB KANEVSKY and Another, Respondents, v. BENJAMIN HEMLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB KANEVSKY and Another, Respondents, v. BENJAMIN HEMLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LIBERTY PROVISION CO., INC., Respondent, v. J. W. BENSON, Appellant, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID KIVOWITZ and Others v. STEVE SHUELY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ELIAS BODGER for an Order of Certiorari against JAMES A. BEHA, as Superintendent of Insurance, etc.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MISCHA ELMAN v. FLORENZ ZIEGFELD, JR.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH L. PRAGER v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY OF NEWARK, N. J. (Action No. 1.) — Motion to dismiss appeal granted,

with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH L. PRAGER v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY OF NEWARK, N. J. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MINNIE BERGER v. JOHN T. McNEIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Arbitration between S. FRANK HYMAN and ROMIE LUNZER. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNIVERSAL STEEL EXPORT CO., INC., v. N. & G. TAYLOR CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH POSGAY v. WESTINGHOUSE, CHURCH, KERR & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appeal to be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY ELIZABETH McCOLGAN, as Executrix, etc., v. HARRY DODDS.— Motion to dismiss appeal denied, with leave to renew if the appeal is not promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID METZGER v. HARRISON C. GLORE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed so appeal can be argued on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMELIA J. STOLTE v. BURROWS-NEELY & COMPANY and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PIERCE BARRON GARDINER v. MARGARET (Also Known as MADGE) GARDINER. — Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion granted to the extent indicated in order; in all other respects motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY LICHTENSTEIN v. PAUL ROSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY ALENO v. HENRY C. SCHLETH, Warden, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SALINARDI v. HENRY